**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

### PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of __Josh Sanford__ respectfully shows that petitioner is now a member in good standing of the State Bar of __Arkansas__, as evidenced by State Bar Number __2001037__ and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number __3:22-cv-00065-CAR__ to represent __Tyrese Bryant, et al.__ .

(name of plaintiff/defendant)

### OATH ON ADMISSION *(PRO HAC VICE)*

I, __Josh Sanford__, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: __6/27/2022__

__/s/ Josh Sanford__
FULL SIGNATURE OF PETITIONER

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA IN THE *LAST 12 MONTHS*: [1]

__Kirkpatrick Plaza, 10800 Financial Centre Pkwy, Ste. 510__
LAW FIRM ADDRESS (Street or P.O. Box)

__Little Rock, AR 72211__
CITY, STATE & ZIP CODE  TELEPHONE #

__josh@sanfordlawfirm.com__
EMAIL ADDRESS (Required)

==========================================================================================

### ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: __6/27/2022__

__s/David Bunt__
DAVID W. BUNT
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

## CERTIFICATE OF GOOD STANDING

I, _____ Tammy H. Downs _____, Clerk of this Court,

certify that _____ Joshua Sanford _____, Bar # _____ 2001037 _____,

was duly admitted to practice in this Court on _____ 06/01/2001 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Little Rock, Arkansas _____ on _____ 06/16/2022 _____
            *(Location)*                                              *(Date)*

Tammy H. Downs
CLERK

Katelyn Hays
DEPUTY CLERK