IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT,<br><br>*Plaintiff,*<br><br>v.<br><br>JAMES SEAFOOD, LLC and THEHUNG VIET NGO,<br><br>*Defendants.* | CIVIL ACTION NO.<br>3:22-cv-00065-TES |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment [Doc. 11] in which she asks the Court to enter judgment against Defendants James Seafood, LLC and Thehung Viet Ngo, based on the Clerk of Court's entry of default. Plaintiff filed the instant lawsuit against Defendants seeking damages resulting from unpaid overtime, a violation of the Fair Labor Standards Act. *See generally* [Doc. 1]. Plaintiff served Defendant James Seafood, LLC on July 31, 2022 and Defendant Thehung Viet Ngo on July 12, 2022. [Docs. 9 & 10]. Neither Defendant filed an answer to Plaintiff's Complaint. On October 26, 2022, the Clerk of Court entered default against both Defendants.

Plaintiff has provided evidence of the overtime worked and shows that he is due a total of $7,867.33 in unpaid overtime and an equal amount for unliquidated damages, for a total of $15,734.67. 29 U.S.C. §§ 206 and 207. Additionally, her counsel has averred

that he is due $3,591.00 in attorneys' fees and $685.70 in costs associated with the case. The Court has reviewed the proposed fees and costs and find them to be more than reasonable under the circumstances in this case. *See* [Doc. 11-3].

Accordingly, the Court **GRANTS** Plaintiff's Motion for Default Judgment [Doc. 11] and **DIRECTS** the Clerk to enter judgment in favor of Plaintiff in the amounts of:

$7,867.33 for unpaid overtime premiums;
$7,867.33 for liquidated damages; and
$4,276.70 in attorneys' fees and costs.

The Judgment shall be against both defendants, jointly and severally.

**SO ORDERED**, this 15th day of March, 2023.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE