IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, | * |
| Plaintiff, | * |
| v. | Case No. 3:22-cv-65-TES |
| | * |
| JAMES SEAFOOD LLC and THEHUNG VIET NGO, | * |
| | * |
| Defendants. | * |

# **D E F A U L T   J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2023, and for the reasons stated therein, DEFALT JUDGMENT is hereby entered against JAMES SEAFOOD LLC and THEHUNG VIET NGO as follows: $7,867.33 for unpaid overtime premiums; $7,867.33 for liquidated dames; and $4,276.70 in attorneys' fees and costs, for a total judgment in the amount of $20,011.36. The amount shall accrue interest from the date of entry of judgment at the rate of 5.12% per annum until paid in full.

This 15th day of March, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk