# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, ) <br> Behalf of All Others Similarly Situated, ) <br>     Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> JAMES SEAFOOD, LLC, and ) <br> THEHUNG VIET NGO ) <br>     Defendants, and ) <br> ) <br> BANK OF AMERICA, INC. ) <br>     Garnishee. ) | CIVIL ACTION FILE <br> NO. 3:22-cv-65-CAR |

## **AFFIDAVIT OF GARNISHMENT**

The following Garnishment action is to be taken against Bank of America, Inc., a financial institution operating in the Middle District of Georgia.

I, Josh Sanford, who hereby personally appears and on oath does swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Josh Sanford, and I am the attorney for the Plaintiff/Judgment Creditor.

2. The Plaintiff has obtained a judgment against the defendant in this case, and that no agreement requires forbearance from garnishment which is applied for currently.

3. $21,035.94 is the balance due, which consists of the sum of $7,867.33 Principal, $7,867.33 Liquidated Damages, $4,276.70 of which is attorneys' fees and costs, and $1,024.58 Post Judgment interest.

4. Upon the Affiant's personal knowledge or belief, the sum stated herein is unpaid as of this 3rd day of April, 2024.

5. I believe that Garnishee Bank of America is indebted to Defendant or has in its possession, custody or control of property belonging to Defendant or in which it has an interest.

6. The last known address of the Defendant is 1850 Epps Bridge Parkway, Suite 319, Clarke, Georgia 30606.

7. I request that a summons be issued upon the Garnishee.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 3rd day of April, 2024.

*/s/ Josh Sanford*
**JOSH SANFORD**

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on April 3, 2024, a true and correct copy of the above and foregoing document has been served through the Court's CM/ECF system which will send electronic notification to all counsel of record.

*/s/ Josh Sanford*
**Josh Sanford**