# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated,     Plaintiffs, <br><br> v. <br><br> JAMES SEAFOOD, LLC, and THEHUNG VIET NGO     Defendants, and <br><br> BANK OF AMERICA, INC.     Garnishee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION FILE NO. 3:22-cv-65-CAR |

## SUMMONS OF GARNISHMENT ON A FINANCIAL INSTITUTION

1. To the above names Garnishee:

    a. Total garnishment claim………………………….$21,035.94

2. Court of Judgment: United States District Court, Middle District of Georgia: Athens Division

    a. Case No. 3:22-cv-65-CAR

**YOU ARE HEREBY COMMANDED** to immediately hold all money, including wages, and other property, except what is known to be exempt, including property in safe-deposit boxes or similar property that you hold, belonging to the Defendant named above beginning on the day of service of this summons and including the next five days. You are **FURTHER COMMANDED** to file your answer, in writing, not sooner than five days and

not later than 15 days after the date you were served with this summons, with the Clerk of this Court and serve a copy of your answer upon the Plaintiff or Plaintiff's Attorney named above and the Defendant named above, or the Defendant's Attorney, if known, at the time of making such answer. Your answer shall state what money, including wages, or other property, except what is known to be exempt, belonging to the Defendant you hold beginning on the day of service of this summons and including the next five days. Money, including wages, or other property admitted in an answer to be subject to garnishment must be sent or delivered to the Court concurrently with your answer.

If, in answering this summons, you state that the property of the Defendant includes property in a safe-deposit box or similar property, you shall answer to the Court issuing this summons as to the existence of such safe-deposit box or similar property and shall restrict access to any contents of such safe-deposit box or similar property until further order of such Court regarding the disposition of such contents or 120 days from the date of filing your answer to this summons unless such time has been extended by the Court, whichever is sooner.

Should you fail to file a Garnishee Answer as required by this summons, a judgment by default will be rendered against you for the amount remaining due on the judgment as shown in the Plaintiff's Affidavit of Garnishment.

**WITNESS**, the Honorable _____, Judge of said Court.

This \_\_\_ day of April, 2024.

_____, Clerk of Court

By: _____

Deputy Clerk, United States District Court Middle District of Georgia

Respectfully submitted this \_\_\_ day of April 2024.