#### IN THE UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF GEORGIA
#### ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>v.<br><br>JAMES SEAFOOD, LLC, and<br>THEHUNG VIET NGO<br>    Defendants, and<br><br>BANK OF AMERICA, INC.<br>    Garnishee. | CIVIL ACTION FILE<br>NO. <u>3:22-cv-65-TES</u> |

## **WRIT OF GARNISHMENT**

1.    On March 15, 2023, a Judgment was entered in favor of Plaintiff Tyrese Bryant against Defendants in the amount of $7,867.33 in liability damages, $7,867.33 in liquidated damages, and $4,276.70 in attorneys' fees and costs, for a grand total of $20,011.36. As of April 1, 2024, the amount of $20,011.36, plus awarded interest of 5.12% per annum, remains unsatisfied. ECF No. 15.

2.    Garnishee is directed to prepare a written answer, UNDER OATH, and to file this answer in the office of Clerk of the United States District Court, Middle District of Georgia, Athens Division, within THIRTY (30) days from the date on which it is served with this Writ. The written answer should contain a statement of any and all goods, chattels, moneys, credits, or effects Garnishee may possess

belonging to Defendants James Seafood LLC and Thehung Viet Ngo. Unless Garnishee files such written answer within THIRTY (30) days, judgment may be rendered against it for the stated amount, together with court costs of this action.

3. In addition, Garnishee is required to answer any further interrogatories that may be propounded to it.

4. Garnishee should not pay any money to the Clerk but should hold the money until an order from the Court directs Garnishee to release the money. Garnishee will then pay it to Plaintiff's attorney.

**NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT OF MONEY, INCLUDING WAGES, AND OTHER PROPERTY**

You have received this notice because money, including wages, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP YOUR MONEY, INCLUDING WAGES, OR OTHER PROPERTY. **READ THIS NOTICE CAREFULLY**.

State and federal law protects some money, including wages from garnishment even if it is in a bank. Some common exemptions are benefits from social security, supplemental security income, unemployment, worker's compensation, the Veteran's Administration, state pension, retirement funds, and disability income. This list of exemptions does not include all possible exemptions. A more detailed list of exemptions is available at the Clerk's office located at 475 Mulberry St., Macon, Georgia 31202, and on the website for the Attorney General

(www.law.ga.gov).

Garnishment of your earnings from your employment is limited to the lesser of 25 percent of your disposable earnings for a week or the amount by which your disposable earnings for a week exceed $217.00. More than 25 percent of your disposable earnings may be taken from your earnings for the payment of child support or alimony or if a Chapter 13 bankruptcy allows a higher amount.

**TO PROTECT YOUR MONEY, INCLUDING WAGES, AND OTHER PROPERTY FROM BEING GARNISHED, YOU MUST:**

1. Complete the Defendant's Claim Form; and
2. File this completed claim form with the Clerk's office at the Chambers of Judge C. Ashley Royal, P.O. Box 129, Macon, Georgia 31202.

FILE YOUR COMPLETED CLAIM FORM AS SOON AS POSSIBLE. You may lose your right to claim an exemption if you do not file your claim form within 20 days after the Garnishee's Answer is filed or if you do not mail or a deliver a copy of your completed claim form to the Plaintiff and the Garnishee at the addresses listed on this notice.

The Court will schedule a hearing within ten days from when it receives your claim form. The Court will mail you the time and date of the hearing at the address that you provide on your claim form. You may go to the hearing with or without an attorney. You will need to give the Court documents or other proof that your money is exempt.

The Clerk of Court cannot give you legal advice. IF YOU NEED LEGAL ASSISTANCE, YOU SHOULD SEE AN ATTORNEY. If you cannot afford a private attorney, legal services may be available.

      s/Tilman E. Self, III
**U.S. DISTRICT JUDGE**

Date: May __18__, 2024

## EXPLANATION

| | |
|---|---|
| Original Judgment: | $7,867.33 |
| Liquidated Damages: | $7,867.33 |
| Attorneys' Fees and Costs | $4,276.70 |
| Post-judgment Interest: | $1,024.58 |
| Balance Due: | $21,035.94 |

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on _____, 2024, I sent a copy of the foregoing Writ of Garnishment via First Class U.S. Mail to Defendants at their last known residential address and to their attorney listed below:

James Seafood, LLC
c/o ThehungViet Ngo
1850 Epps Bridge Parkway, Suite 319,
Clarke, Georgia 30606
*Separate Defendant James Seafood, LLC*

Thehung Viet Ngo
1572 East Princeton Drive
Bogart, Georgia 30622
*Separate Defendant Thehung Viet Ngo*

                                                           */s/ Josh Sanford*
                                                           **Josh Sanford**