AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:22-CV-65-TES**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **BANK OF AMERICA c/o CT Corporation System**
was recieved by me on  **6/04/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Linda Banks, SOP**, who is designated by law to accept service of process on behalf of **BANK OF AMERICA c/o CT Corporation System** at **289 S Culver St, Lawrenceville, GA 30046** on **06/06/2024 at 7:57 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 67.31** for services, for a total of **$ 67.31**.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

**Marsha Lausman**
*Printed name and title*

**3769 Tupelo Trail
Auburn, GA 30011**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Linda Banks, SOP who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.**



Tracking #: **0134453264**



## AFFIDAVIT OF PROCESS SERVER

I, the undersigned, __Marsha Lausman__, being dully sworn, deposes and states:

    1)    That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

    2)    That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

_Marsha Lausman_ (DocuSigned, D4B714EB57D347D...)
signature

Marsha Lausman
print name

3769 Tupelo Trail
address line 1

Auburn, GA 30011
City, State, Zip

7703397739  lausman33@gmail.com
phone

server email address



