**DEFENDANT'S CLAIM FORM**    FILED '24 06 17 AM09:37 MDGA-MAC
Case No. 3:22-CV-00065 TES

**I CLAIM EXEMPTION from garnishment. Some of my money or property held by the garnishee is exempt because it is: (check all that apply)**
☐ 1. Social security benefits.
☐ 2. Supplemental security income benefits.
☐ 3. Unemployment benefits.
☐ 4. Workers' compensation.
☐ 5. Veterans' benefits.
☐ 6. State pension benefits.
☐ 7. Disability income benefits.
☐ 8. Money that belongs to a joint account holder.
☐ 9. Child support or alimony.
☐ 10. Exempt wages, retirement, or pension benefits.
☐ 11. Exemptions for taxes due on income or earnings not subject to employer withholding.
☐ 12. Other exemptions as provided by law.
Explain:
_____
_____

I further state: (check all that apply)
☒ 1. The Plaintiff does not have a judgment against me.
☐ 2. The amount shown due on the Plaintiff's Affidavit of Garnishment is incorrect.
☒ 3. The Plaintiff's Affidavit of Garnishment is untrue or legally insufficient.

Send the notice of the hearing on my claim to me at:
Address: 1572 E. PRINCETON Dr, Bogart GA 30622
Phone Number: 770-337-9790
Email Address: ngo2872@gmail.com

The statements made in this claim form are true to the best of my knowledge and belief.

_____ Date 06-09, 20 24
Defendant's signature

THEHUNG VIET NGO
Print name of Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the Plaintiff or Plaintiff's Attorney and the Garnishee in the foregoing matter with a copy of this pleading by depositing it in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 09 day of June, 20 24

_____
Defendant or Defendant's Attorney