IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
GARNISHEE BANK OF AMERICA, N.A.

RECNO 240617AM1135MDG7-ATH

TYRESE BRYANT, INDIVIDUALLY AND ON,
BEHALF OF ALL OTHERS SIMILARLY SITUATED,
  c/o JOSH SANFORD

                    PLAINTIFF

V.

JAMES SEAFOOD, LLC, AND
THEHUNG VIET NGO,                                    GARNISHMENT CASE NO. 3:22-cv-65-TES

                    DEFENDANT

BANK OF AMERICA, N.A.,

                    GARNISHEE

Garnishee answers the summons served upon it on **06/06/24** in the above-styled case as follows:

Between the time of service of said summons and including the next five days, Defendant(s) had in an account(s) with Garnishee the sum $7,201.14 which is subject to garnishment and will be paid to the Plaintiff's attorney when an order from the Court directs Garnishee to release the money.

(       ) Check if the Defendant is not presently an account holder of the Garnishee.

At the time of service of said summons and thereafter until the time of making of this answer, garnishee was not otherwise indebted to the defendants and had in hand no other property, effects or money belonging to defendants.

                                        PAUL J. MOROCHNIK
                                        Georgia Bar No. 526465
                                        Attorney for Garnishee

### CERTIFICATE OF SERVICE

This is to certify that to the extent required by statute, I have this day served the plaintiff or his attorney and the defendant or his attorney with a copy of this pleading (and, to the extent required by statute, notice to defendant and defendant's claim form) by efiling system or by depositing a copy of same in the United States mail with adequate postage thereon and properly addressed.

Date: **JUN 14 2024**

MOROCHNIK LAW LLC
1080 Peachtree St NE
Suite 1210
Atlanta, GA  30309
404.760.7432
garnishments@morochnik.com

                                        PAUL J. MOROCHNIK
                                        Georgia Bar No. 526465
                                        Attorney for Garnishee