IRMLY TO SEAL   PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



PRIORITY® MAIL

l delivery date specified for domestic use.

 shipments include $100 of insurance (restrictions apply).*

acking® service included for domestic and many international destinations.

nternational insurance.**

ed internationally, a customs declaration form is required.

es not cover certain items. For details regarding claims exclusions see the
 Manual at http://pe.usps.com.

tional Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RATE ENVELOPE
■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

KED ■ INSURED



00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2





US POSTAGE & FEES PAID   062S0014950555
PRIORITY MAIL            15412806
ZONE 2 FLAT-RATE ENVELOPE
Commercial              FROM 30252

stamps
endicia
06/14/2024

**USPS PRIORITY MAIL ®**

Brenda Young
Morochnik Law, LLC
457 Kimberly Ct
McDonough GA 30252-3661

SHIP
TO:    United States District Court
       Middle District of Georgia
       Po Box 1106
       Athens GA 30603-1106

USPS TRACKING #



9405 5112 0620 4758 2860 76