Dear Judge Tripp Self,

First of all, I would like to thank you for taking the time to read this letter. Please consider my unjust case. I would like to present the details as follows.

= On June 6, 2024, I received notification from the bank that all my accounts were $0. I immediately called the bank to see what happened. They told me I was being garnished. I was extremely confused and worried.

- On the next day (June 7, 2024), I received a letter from Sanford Law Firm. The letter indicates that they are suing James Seafood, LLC and me (THEHUNG VIET NGO). I really don't know why I got involved in this lawsuit? I am not the owner of James Seafood, LLC. I also do not have any percentage ownership/shareholder or any authority of James Seafood, LLC.

- On June 10, 2024, I emailed Sanford Law Firm to clearly inform them of this mistake and hope they would cooperate in resolving it, but they ignored it and did not respond.

Please see attached documents. I think they were wrong for two reasons.
- The owner of James Seafood, LLC is my younger brother (THE KIET V NGO). Maybe they were wrong because we have the same last name.

- I am the owner of Helen Nails 8872, LLC. My nail salon is located at the same address as The Crab Hut (James Seafood, LLC) which is 2361 W Broad ST, Athens GA 30606 but with a different suite number. James Seafood is in suite 5, my nail salon is in suite 9.

This mistake has seriously affected my life, work and spirit. All my bank accounts have been frozen. Some bills have been returned and I still have a lot of bills that need to be paid every month.

I trust the judges and the laws of the United States to protect me. I hereby certify that what has been written above is true. I take full responsibility for any deception.

I hope the judge will resolve this matter for me as soon as possible. I would like to sincerely thank you.

Very truly yours,

THEHUNG VIET NGO

# GEORGIA
# CORPORATIONS DIVISION

BRAD RAFFENSPE
GEORGIA SECRETARY

Back

BUSINESS SEARCH

## BUSINESS INFORMATION

Business Name: **HELEN NAILS 8872 LLC**

Business Type: **Domestic Limited Liability Company**

NAICS Code: **Other Services (except Public Administration)**

Principal Office Address: **2361 W Broad St Suite 9, SUITE 9, Athens, GA, 30606, USA**

State of Formation: **Georgia**

Control Number: **19164932**

Business Status: **Active/Compliance**

NAICS Sub Code: **Nail Salons**

Date of Formation / Registration Date: **12/17/2019**

Last Annual Registration Year: **2024**

## REGISTERED AGENT INFORMATION

Registered Agent Name: **THIEHUNG NGO**

Physical Address: **2361 W BROAD ST, Suite 9, ATHENS, GA, 30606, USA**

County: **Clarke**

Filing History

Name History

Return to Business Search

© 2015 PCC Technology Group, All Rights Reserved, Version 6.2.19

# GEORGIA
## CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

BUSINESS SEARCH

Back

BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **JAMES SEAFOOD LLC** | Control Number: **20094683** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: **Admin. Dissolved** |
| NAICS Code: | **Accommodation and Food Services** | NAICS Sub Code: **Limited-Service Restaurants** |
| Principal Office Address: | **1070 TERRAPIN CT, WATKINSVILLE, GA, 30677, USA** | Date of Formation / Registration Date: **6/18/2020** |
| State of Formation: | **Georgia** | Last Annual Registration Year: **2022** |
| Dissolved Date: | **09/08/2023** | |

REGISTERED AGENT INFORMATION

Registered Agent Name: **THE KIET V NGO**

Physical Address: **1850 EPPS BRIDGE PKWY STE 319, CLARKE, GA, 30606, USA**

County: **Gwinnett**

Filing History    Name History    Return to Business Search