UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, ) <br> Behalf of All Others Similarly Situated ) <br>     Plaintiffs, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> JAMES SEAFOOD, LLC, and ) <br> THEHUNG VIET NGO ) <br>     Defendants. ) | CIVIL ACTION FILE <br> NO. 3:22-cv-65-CAR |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW the undersigned, Marissa R. Torgerson of Legare, Attwood & Wolfe, LLC, and hereby notices her appearance as Local Counsel of Record for Plaintiff Tyrese Bryant, in the above captioned action. All future notices, pleadings, and correspondence may be directed to Ms. Torgerson at the address below.

In addition, please substitute Ms. Torgerson and remove Steven E. Wolfe as Local Counsel of record for Plaintiff Tyrese Bryant. Mr. Wolfe should no longer receive CM/ECF notifications in connection with the above-captioned action.

Respectfully submitted this 25th day of June 2024.

                                          **LEGARE, ATTWOOD & WOLFE, LLC**

                                          */s/ Marissa R. Torgerson*
                                          Marissa R. Torgerson
                                          Georgia Bar No. 848356
                                          mrtorgerson@law-llc.com

                Steven E. Wolfe
                Georgia Bar No. 142441
                sewolfe@law-llc.com

Decatur Town Center Two
125 Clairemont Avenue, Suite 515
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

Local Counsel for Plaintiff

                **SANFORD LAW FIRM, PLLC**

                Josh Sanford
                Ark. Bar No. 2020086
                josh@sanfordlawfirm.com

Kirkpatrick Plaza
10800 Financial Centre Pkwy
Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, ) <br> Behalf of All Others Similarly Situated ) <br>     Plaintiffs, ) <br> ) <br> ) <br> vi. ) <br> ) <br> JAMES SEAFOOD, LLC, and ) <br> THEHUNG VIET NGO ) <br>     Defendants. ) | CIVIL ACTION FILE <br> NO. 3:22-cv-65-CAR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send email notification of such filing to the following attorney of record.

    josh@sanfordlawfirm.com

A copy will be mailed to Pro Se Defendant at the following address:

    Thehung Viet Ngo
    1572 E. Princeton Drive
    Bogart, Georgia 30622

*[SIGNATURE ON FOLLOWING PAGE]*

3

                **LEGARE, ATTWOOD & WOLFE, LLC**

                */s/ Marissa R. Torgerson*
                Marissa R. Torgerson
                Georgia Bar No. 848356

4