UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated     Plaintiffs, <br><br> v. <br><br> JAMES SEAFOOD, LLC, and THEHUNG VIET NGO     Defendants. | CIVIL ACTION FILE<br>NO. 3:22-cv-65-CAR |

### NOTICE TO WITHDRAW STEVEN E. WOLFE AS ATTORNEY FOR PLAINTIFF

Pursuant to the Federal Rules of Civil Procedure and LR 83.1.4, Steven E. Wolfe respectfully notifies this Court of his withdrawal as counsel of record for Tyrese Bryant ("Plaintiff"). Plaintiff has been and continues to be represented by LEGARE, ATTWOOD & WOLFE, LLC, 125 Clairemont Drive, Suite 515, Decatur, Georgia 30030 (the "Firm") by attorney Marissa R. Torgerson. Mr. Wolfe will not be involved in representing Plaintiff or any other party in the above-captioned matter. Mr. Wolfe should no longer receive CM/ECF notifications in connection with the above-captioned action.

. Respectfully submitted June 27, 2024.

*[SIGNATURE ON FOLLOWING PAGE]*

1

                                        **LEGARE, ATTWOOD & WOLFE, LLC**

                                        */s/ Steven E. Wolfe*
                                        Steven E. Wolfe
                                        Georgia Bar No. 142441
                                        sewolfe@law-llc.com
                                        Marissa R. Torgerson
                                        Georgia Bar No. 848356
                                        mrtorgerson@law-llc.com

Decatur Town Center Two
125 Clairemont Avenue, Suite 515
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

Counsel for Plaintiff

                                      **SANFORD LAW FIRM, PLLC**

                                      Josh Sanford
                                      Ark. Bar No. 2020086
                                      josh@sanfordlawfirm.com

Kirkpatrick Plaza
10800 Financial Centre Pkwy
Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Counsel for Plaintiff
* Admitted pro hac vice

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated     Plaintiffs,<br><br>vi.<br><br>JAMES SEAFOOD, LLC, and THEHUNG VIET NGO     Defendants. | CIVIL ACTION FILE<br>NO. 3:22-cv-65-CAR |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, I electronically filed the foregoing **NOTICE TO WITHDRAW STEVEN E. WOLFE AS ATTORNEY FOR PLAINTIFF** with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send email notification of such filing to the following attorney of record:

    josh@sanfordlawfirm.com

A copy will be mailed to Pro Se Defendant at the following address:

    Thehung Viet Ngo
    1572 E. Princeton Drive
    Bogart, Georgia 30622

*[SIGNATURE ON FOLLOWING PAGE]*

3

LEGARE, ATTWOOD & WOLFE, LLC

*/s/ Steven E. Wolfe*
Steven E. Wolfe
Georgia Bar No. 142441
sewolfe@law-llc.com