RECNC*240716AM0831 MDG7-ATH

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated Plaintiffs,

V.

JAMES SEAFOOD, LLC, and THEHUNG VIET NGO Defendants.

CIVIL ACTION FILE
NO. 3:22-cv-65-TES

## MOTION TO REMOVE INCORRECT DEFENDANT

I filed this motion to hope the court will rule on my unjust case in this lawsuit as I will present below. Because they have garnished all the money in my bank accounts. I don't have any money left to hire a lawyer. So, I filed this motion myself. I know it's probably flawed or invalid, but that's all I can do. I hope the court will accept this motion. Give me a chance to prove my injustice.

- On June 6, 2024. All my bank accounts were garnished. They wiped out all my money. I'm really confused and worried. I don't know why I'm involved in this lawsuit.

- The next day, June 7, 2024, I received a letter from Sanford Law Firm informing me that I had been garnished.

- On June 26, 2024, I had a telephone conference with judge Tilman E. Self and Sanford Law Firm to debate this confusion. Judge Tilman E. Self said that he could not resolve the matter over the phone and gave me an opportunity to file a motion.

- After receiving the docket from the court, I read very carefully everything Plaintiff's lawyer did. I saw that they delivered the SUMMON IN THE CIVIL ACTION to my home address and the recipient of that was my wife on August 1, 2022. At that time, we had conflicts in life and I left away from home for two weeks. My wife left it somewhere and forgot to give it back to me when I got home. Since then, I have not received anything from the court or from the Sanford Law Firm. I was completely unaware of the incident until I was garnished.

- In ORIGINAL COMPLAINT COLLECTIVE ACTION, item #10 The plaintiff points out that Thehung Viet Ngo also goes by James Ngo. I firmly believe that all deviations have come from here. I don't know if the plaintiff was mistaken or he intentionally lied. I

would like to confirm to the court that I am not James Ngo. I have no affiliation whatsoever with James Seafood LLC. Thekiet Viet Ngo, (as known as James Ngo) is my younger brother, he is the sole owner of James Seafood LLC as listed in item #7, and also the employer of the plaintiff.

- Right now, I have no evidence to prove I'm not James Ngo, but I will have a few witnesses willing to go to the court. These people all knew me and my younger brother (James). They will confirm and testify that I am not James, I am James's brother.

- In this motion, I do not expect the court to overturn this default judgment. If my brother, James Ngo, violates the FLSA then he is responsible for those false.

- I request that the court summon all person whose involved in this lawsuit to go to court to clarify everything, including:
  * Myself, Thehung Viet Ngo.
  * Tyrese Bryant (plaintiff), I want him to confirm whether or not I am James Ngo, his employer and the person he is suing.
  * Thekiet Viet Ngo, sole owner of James Seafood LLC. I want him to confirm that he is the employer of the plaintiff and the person who responsible for this lawsuit.

The incident put me in an extremely difficult financial situation. More than a month has passed, everything has turned upside down in my life. My bill was paid late, I don't have money to pay the future bill. My credit score was seriously affected. I trust the laws of the United States. I hope that the court will give me a fair verdict. I hereby declare and confirm that what I have written above is true. I take full responsibility, including imprisonment, if those things are false.

Contact information

**Address:** 1572 E. Princeton Dr
            Bogart, GA 30622
**Email:**   ngo2872@gmail.com

**Phone:**   770-337-9790

Date: 07/16/2024                        Signature _____

                                        THEHUNG VIET NGO