IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>JAMES SEAFOOD LLC and THEHUNG VIET NGO<br><br>Defendants. | CIVIL ACTION NO.<br>3:22-cv-00065-TES |

ORDER

With respect to the hearing scheduled at **4:00 P.M.** on **July, 31, 2024**, in Athens, Georgia, regarding Defendant Thehung Viet Ngo's Motion to Remove Incorrect Defendant [Doc. 26], the Court **ORDERS** Plaintiff Tyrese Bryant to be present. Further, the Court **ORDERS** Defendant Thehung Viet Ngo to bring any witnesses, including Thekiet Viet Ngo, to the hearing. [Doc. 26, p. 2].

**SO ORDERED**, this 22nd day of July, 2024.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT