IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated,<br>    Plaintiffs, | )<br>)<br>) | |
| | )<br>) | CIVIL ACTION FILE<br>NO. 3:22-cv-65-CAR |
| v. | )<br>) | |
| JAMES SEAFOOD, LLC, and<br>THEHUNG VIET NGO<br>    Defendants. | )<br>)<br>)<br>) | |

## DECLARATION OF TYRESE BRYANT

I, Tyrese Bryant, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Tyrese Bryant, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident of Georgia.

3. I was employed by Defendants James Seafood, LLC, and Thehung Viet Ngo ("Mr. Ngo") (collectively "Defendants"), from July of 2019 until March of 2020, and again from August of 2021 until April of 2022 as a cook and manager.

Page 1 of 4
Tyrese Bryant, et al. v. James Seafood, LLC, et al
U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-CAR
Declaration of Tyrese Bryant

Doc ID: 673aa5e5b2278a65dd553f3c4f2b7ba0fd03ba83

4. James Seafood, LLC, is the business entity that ran the restaurants where I worked. It was my understanding that James Seafood, LLC, was owned and operated by Mr. Ngo and his brother Thekiet Viet Ngo.

5. I worked at two separate restaurants owned by James Seafood, LLC. Mr. Ngo managed one of the restaurants and Thekiet Viet Ngo managed the other, but both brothers were regularly present at both restaurants and conferred with each other regarding the restaurants' operations.

6. Mr. Ngo, the person that I sued, conducted my interview and hired me. As a manager, I worked on scheduling. When I had scheduling issues, I took them to Mr. Ngo and he told me what to do.

7. I tracked my time by punching in and out on a register, but sometimes Mr. Ngo told me not to clock in and told me he was tracking my hours instead.

8. Mr. Ngo gave me my schedule and told me when to work at both restaurants, even the one managed primarily by his brother Thekiet Viet Ngo. And when I was only working at one location, he would split my time between locations as an excuse to not pay me overtime.

9. I know Mr. Ngo and his brother regularly discussed my hours worked and my pay because they divvied up my hours between the two restaurants in order

Page 2 of 4
Tyrese Bryant, et al. v. James Seafood, LLC, et al
U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-CAR
Declaration of Tyrese Bryant

Doc ID: 673aa5e5b2278a65dd553f3c4f2b7ba0fd03ba83

to ensure my hours showed that I never worked more than 40 hours per week at either restaurant.

10. I can't remember who signed my checks, but Mr. Ngo sent me my paycheck each pay period.

11. Mr. Ngo had the authority to discipline me and other employees regardless of which restaurant we were working in that day. He regularly chastised me and other employees for the state of our uniforms or not working quickly or efficiently enough, and he fired several employees without input from his brother Thekiet Viet Ngo.

12. It was my impression that both Mr. Ngo and his brother Thekiet Viet Ngo had operational control of both restaurants and ran them together. Even if Mr. Ngo did not have an actual legal ownership interest in James Seafood, LLC, he exerted operational control over my employment by managing my work schedule, telling me when to not clock in, and cutting my hours at both restaurants to make sure I never received overtime.

13. I understand that I could have sued both him and his brother but I chose him because he exercised more control over me than his brother did.

Page 3 of 4
Tyrese Bryant, et al. v. James Seafood, LLC, et al
U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-CAR
Declaration of Tyrese Bryant

Doc ID: 673aa5e5b2278a65dd553f3c4f2b7ba0fd03ba83

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 24th day of July, 2024.

*Tyrese Bryant*

**TYRESE BRYANT**

Page 4 of 4
Tyrese Bryant, et al. v. James Seafood, LLC, et al
U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-CAR
Declaration of Tyrese Bryant

Doc ID: 673aa5e5b2278a65dd553f3c4f2b7ba0fd03ba83