AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

## CERTIFICATE OF GOOD STANDING

I, _____ Tammy H. Downs _____ , Clerk of this Court,

certify that _____ Sean Short _____ , Bar # _____ 2015079 _____ ,

was duly admitted to practice in this Court on _____ 07/26/2017 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Little Rock, AR _____ on _____ 07/24/2024 _____
            *(Location)*                                                *(Date)*

Tammy H. Downs
*CLERK*

[signature]
*DEPUTY CLERK*