IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, individually and on behalf of all other similarly situated, | * |
| | * |
| Plaintiff, | Case No. 3:22-cv-65-TES |
| v. | * |
| JAMES SEAFOOD LLC and THEHUNG VIET NGO, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 1, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 1st day of August, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk