**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated, Plaintiffs, | ) ) ) | |
| | ) ) | CIVIL ACTION FILE NO. 3:22-cv-65-CAR |
| v. | ) ) | |
| THEKIET VIET NGO a/k/a JAMES NGO Defendant. | ) ) ) | |

**MOTION FOR LEAVE TO FILE**
**FIRST AMENDED AND SUBSTITUTED COMPLAINT**

Plaintiff Tyrese Bryant ("Plaintiff"), individually and on behalf of all others similarly situated, by and through undersigned counsel, for his Motion for Leave to File First Amended and Substituted Complaint—Collective Action, states and alleges as follows:

1.      Plaintiff filed his Original Complaint—Collective Action on June 15, 2022, against Thehung Viet Ngo and James Seafood LLC, whom Plaintiff believed to be his employer.

2.      Neither of the original Defendants filed an Answer and Plaintiff requested and received Default Judgment against Thehung Viet Ngo and initiated garnishment proceedings.

Page 1 of 5
Tyrese Bryant, et al. v. James Seafood, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 3:22-cv-65-CAR
Motion for Leave to File First Amended and Substituted Complaint—Collective Action

3.     Defendant Thehung Viet Ngo filed a Motion to Remove Incorrect Defendant on July 24, Plaintiff responded, and this Court conducted a hearing on July 31.

4.     At the hearing, the Court determined that Thehung Viet Ngo was improperly named as a Defendant because the owner of James Seafood LLC and Plaintiff's employer was Thehung Viet Ngo's brother, Thekiet Viet Ngo.

5.     It also came to light during the hearing that the entity James Seafood LLC had been dissolved during the pendency of this case.

6.     Following the hearing, the Court removed Defendant Thehung Viet Ngo from the case and granted him relief from judgment.

7.     Plaintiff now requests leave to file a First Amended and Substituted Complaint pursuant to Rule 15(a).

8.     The purpose of the proposed amendment is to remove the dissolved corporate entity James Seafood LLC as a Defendant and replace Defendant Thehung Viet Ngo with Thekiet Viet Ngo.

9.     Because no Defendant has filed an Answer or Rule 12 motion in this case, amendment is proper under Rule 15(a)(1).

10.     Regardless, amendment is proper under Rule 15(a)(2).

11.     The proposed amendment would not unfairly prejudice Defendant and it is for good cause.

Page 2 of 5
Tyrese Bryant, et al. v. James Seafood, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 3:22-cv-65-CAR
Motion for Leave to File First Amended and Substituted Complaint—Collective Action

12.    Any prejudice to Defendant resulting from amendment has already been corrected by the Court's order vacating the judgment against Thehung Viet Ngo.

13.    Disallowing amendment would result in extreme prejudice to Plaintiff—the statute of limitations passed on nearly half of Plaintiff's claims while this case pended.

14.    Having considered several alternate procedural courses for naming the correct Defendant in this case, Plaintiff believes amendment is the cleanest and most efficient option. However, should the Court prefer a different course, Plaintiff will proceed accordingly.

15.    Plaintiff's proposed First Amended and Substituted Complaint— Collective Action is attached as Exhibit 1.

WHEREFORE, premises considered, Plaintiff Tyrese Bryant, individually and on behalf of all others similarly situated, respectfully requests an Order of this Court granting him leave to file the First Amended and Substituted Complaint— Collective Action, and for such other relief as may be just and proper.

**Page 3 of 5**
**Tyrese Bryant, et al. v. James Seafood, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-65-CAR**
**Motion for Leave to File First Amended and Substituted Complaint—Collective Action**

Respectfully submitted,

**TYRESE BRYANT, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

LEGARE, ATTWOOD & WOLFE, LLC
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

Marissa R. Torgerson
Ga. Bar No. 848356
mtorgerson@law-llc.com
*LOCAL COUNSEL FOR PLAINTIFF*

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFF*

**Page 4 of 5**
**Tyrese Bryant, et al. v. James Seafood, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-65-CAR**
**Motion for Leave to File First Amended and Substituted Complaint—Collective Action**

## **CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on August 5, 2024, a true and correct copy of the above and foregoing document has been served through the Court's CM/ECF system which will send electronic notification to all counsel of record.

*/s/ Josh Sanford*
**Josh Sanford**

**Page 5 of 5**
**Tyrese Bryant, et al. v. James Seafood, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 3:22-cv-65-CAR**
**Motion for Leave to File First Amended and Substituted Complaint—Collective Action**