# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **TYRESE BRYANT,** *individually and on behalf of all others similarly situated*,<br><br>     *Plaintiff*,<br><br>v.<br><br>**JAMES SEAFOOD LLC and THEHUNG VIET NGO,**<br><br>     *Defendants.* | **CIVIL ACTION NO.**<br>**3:22-cv-00065-TES** |

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE FIRST AMENDED COMPLAINT

On August 1, 2024, the Court held a hearing to determine the proper employer/defendant with respect to Plaintiff Tyrese Bryant's claims asserted under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq. See* [Doc. 31]. The testimonial evidence at the hearing revealed that Defendant Thehung Viet Ngo was not Plaintiff's employer and was improperly named as a defendant. [Doc. 32].

"At the hearing, the Court determined that [Defendant] Thehung Viet Ngo was improperly named as a [d]efendant because the owner of James Seafood LLC and Plaintiff's employer was Thehung Viet Ngo's brother, Thekiet Viet Ngo." [Doc. 34, p. 2 ¶ 4]. Therefore, the Court granted the appropriate relief under Federal Rules of Civil Procedure 55(c) and 60(b)(1) & (6), unwound the previously entered Default Judgment

[Doc. 15], dissolved the Writ of Garnishment [Doc. 17], and ultimately dismissed Plaintiff's claims against Defendant Thehung Viet Ngo. [Doc. 32, pp. 4–5].

Acting on what he believes to be "the cleanest and most efficient option" to correct course for his case, Plaintiff has filed a Motion for Leave to File First Amended Complaint [Doc. 34]. [Doc. 34, p. 3 ¶ 14]. In his original Complaint [Doc. 1], Plaintiff named now-dismissed Defendant Thehung Viet Ngo and James Seafood LLC, the restaurant at which Plaintiff was employed. [Doc. 1, ¶¶ 6–9]. Now, in his proposed Amended Complaint [Doc. 34-1], however, Plaintiff names Thekiet Viet Ngo, also known as James Ngo, as the only defendant. [Doc. 34-1, ¶ 7].

In the proposed Amended Complaint, Plaintiff states that "the purpose of this amendment" is to remove the corporate defendant, James Seafood LLC, and replace the individual defendant, Defendant Thehung Viet Ngo, with his brother, Thekiet "James" Viet Ngo. [Doc. 34-1, ¶ 3]. Thus, the Court's Order [Doc. 14] granting default judgment against James Seafood LLC as well as the subsequent Default Judgment [Doc. 15] that was previously entered against it are **VACATED**.

The Court **GRANTS** Plaintiff's Motion for Leave to File First Amended Complaint [Doc. 34] and **ORDERS** him to file the proposed Amended Complaint that is attached as an exhibit to his motion by close of business on *August 7, 2024*. By granting Plaintiff leave to amend, the Court expressly notes that such leave is granted without any decision or determination that the amendment relates back to his original

2

Complaint under Federal Rule of Civil Procedure 15(c). *See* [Doc. 34, p. 3 ¶ 13]; *see also* Fed. R. Civ. P. 15(c)(i)–(ii).[1]

    **SO ORDERED**, this 6th day of August, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Upon Plaintiff's filing of his First Amended Complaint, the Court **DIRECTS** the Clerk of Court to **TERMINATE** Defendant James Seafood LLC as a party to this action. The only defendant, per Plaintiff's proposed Amended Complaint, should be Defendant "Thekiet Viet Ngo a/k/a James Ngo." *See, e.g.,* [Doc. 43-1, p. 1 (caption)].

3