**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **TYRESE BRYANT, INDIVIDUALLY AND ON, BEHALF OF ALL OTHER SIMILARLY SITUATED,**<br><br>    **PLAINTIFFS,**<br>**V.**<br><br>**THEKIET VIET NGO A/K/A JAMES NGO,**<br><br>    **DEFENDANT.** | **CIVIL ACTION FILE NO.**<br>**3:22-cv-65-TES** |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Thekiet Viet Ngo (also known as "James Ngo") by and through counsel, hereby discloses:

Q1.   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   A1.   <u>Plaintiff</u>: Tyrese Bryant

   <u>Defendant</u>: Thekiet Viet Ngo (also known as "James Ngo")

Q2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A2. The persons, associations, firms, partnerships or corporations who may have a financial interest which could be substantially affected by the outcome of this particular case are as follows:

- Georgia Seafood 6AE LLC: 2361 West Broad Street, Suite 4, Athens, Georgia 30606 (administratively dissolved on September 30, 2021)
- James Seafood LLC: 1070 Terrapin Court, Watkinsville, GA 30677 (administratively dissolved on September 8, 2023)

Q3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A3. <u>Counsel for Defendant</u>:

- Douglas Nguyen, Esq. of Nguyen Tran Law Firm, LLC.

<u>Counsels for Plaintiff</u>:

- Sean Short, Esq. and Josh Sanford, Esq. of Sanford Law Firm, PLLC
- Marissa R. Torgerson, Esq. of Lagare, Attwood & Wolfe, LLC

Respectfully submitted this 9th day of September, 2024.

                                          **NGUYENTRAN LAW FIRM, LLC**

                                          ***/s/ Douglas D. Nguyen***
                                          Douglas D. Nguyen
                                          Georgia Bar No. 943190
                                          dougnguyen@nt-law.com

3100 Five Forks Trickum Road
Suite 301
Lilburn, GA 30047
Telephone: (770) 837-3795
Facsimile: (678) 306-3429
*Counsel for Defendant Thekiet Viet Ngo*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was prepared using 14 point Times New Roman font, and that on September 9, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system for the Northern District of Georgia, and served on the following:

Sean Short, Esq.
E-mail:  sean@sanfordlawfirm.com

Josh Sanford, Esq.
E-mail:  josh@sanfordlawfirm.com

Marissa R. Torgerson, Esq.
E-mail:  mtorgerson@law-llc.com

Respectfully submitted this 9th day of September, 2024.

*/s/ Douglas D. Nguyen*
Douglas D. Nguyen
Georgia Bar Number 943190