IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated, Plaintiffs, | ) ) ) ) | |
| | ) ) | CIVIL ACTION FILE NO. <u>3:22-cv-65-TES</u> |
| v. | ) ) | |
| THEKIET VIET NGO a/k/a JAMES NGO Defendant. | ) ) ) ) | |

**SCHEDULING AND DISCOVERY ORDER**

The parties held a Rule 26(f) conference on October 25, 2024. In accordance with the Court's Rules 16 and 26 Order dated September 26, 2024, the parties to this action conferred and jointly developed this Proposed Scheduling and Discovery Order (the "Proposed Order") containing deadlines and limitations as follows:

**I.   Nature of the Case**

Plaintiff brings this action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), for declaratory judgment, monetary damages, liquidated damages, prejudgment interest, and costs, including reasonable attorneys' fees, as a result of Defendant's purported failure to pay Plaintiff and others similarly situated lawful

minimum wage and overtime compensation for all hours worked in excess of forty per week.

Plaintiff claims that Defendant classified him and other similarly situated employees as non-exempt from the requirements of the FLSA, however, Defendant allegedly did not pay him for all hours worked. Plaintiffs also claim that Defendant knew or showed reckless disregard for whether its actions violated the FLSA.

## II. Counsel of Record

**Counsel for Plaintiff**
Sean Short, Esq.
Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy,
Suite 510
Little Rock, AR 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-3040
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

**Counsel for Defendant**
Douglas D. Nguyen
NGUYEN TRAN LAW FIRM, LLC
3100 Five Forks Trickum Rd.,
Suite 301
Lilburn, GA 30047
Telephone: (770) 837-3785
Facsimile: (678) 306-3429
dougnguyen@nt-law.com

## III. Complaint and Answer filing dates:

Complaint was filed: June 15, 2022; First Amended Complaint was filed August 6, 2024.

Answer was filed: September 9, 2024.

## IV. Discovery Deadlines:

### A. Time for Discovery

The time for discovery in this case shall expire April 25, 2025.

If a party believes that more time for discovery is needed, an appropriate motion, accompanied by a proposed order for the Court, may be filed setting forth good cause for an extension.

B. **Scope of Discovery**

Discovery will be needed on all of the elements of Plaintiffs' claims and Defendant's defenses to those claims; issues related to collective action certification; issues related to willfulness / intent; and damages.

Discovery does not need to be conducted in phases.

C. **Electronically Stored Information**

The parties will produce data in electronic format. If the data is ordinarily maintained in paper format, the parties agree to produce the data in electronic format in consecutively paginated bates numbers. The parties agree to produce ESI in electronic format such as PDF, except for spreadsheets, which should be produced in native format such as XLS.

D. **Privilege Claims**

None at this time.

E. **Witnesses to be Deposed**

Plaintiff anticipates taking the deposition of Thekiet Viet Ngo.

Defendant anticipates taking the deposition of Tyrese Bryant.

F. **Expert Witnesses**

1.  **Designation of Experts**

    Each party must disclose the identity of any expert witness on or before January 24, 2025.

2.  **Expert Reports**

    Expert reports shall comply with Federal Rules of Civil Procedure 26(a)(2)(B). Any supplemental expert reports must be served on or before February 25, 2025. No additional supplemental reports may be disclosed or provided after this date without leave of Court.

G. **Discovery Limitations or Need for Protective Order**

The parties consent to the electronic service of all documents that require service on an opposing party, including but not limited to Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the primary e-mail address at which each attorney of record receives ECF filings in this case. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

H. **Discovery Disputes**

Before moving for an order relating to discovery, including motions to compel or contested motions for protective orders, the movant must contact Vanessa Siaca, Courtroom Deputy (478.752.2603 or vanessa_siaca@gamd.uscourts.gov) to request a telephone conference with the Court.

## V. Time for Filing Motions:

### A. Motions to Amend the Pleadings or to Join Parties

All motions seeking to amend the pleadings or to join parties must be filed no later than December 27, 2024.

### B. Dispositive Motions

All dispositive motions must be filed no later than May 26, 2025.

### C. *Daubert* Motions

All *Daubert* motions must be filed no later than May 26, 2025.

## VI. Certification of the Parties and Counsel

The Parties, by the signature of counsel below, certify they have conferred and discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case, pursuant to Local Rule 26(a). Counsel further certify they have read the Court's Rules 16 and 26 Order. All counsel of record shall digitally sign below.

This 28th day of October, 2024.

                                            */s/ Sean Short*
                                             Counsel for Plaintiff

                                            */s/ Douglas D. Nguyen*
                                            Counsel for Defendant

The Court, having reviewed the information contained in the Proposed Scheduling and Discovery Order completed and filed jointly by the parties to this action, hereby **ADOPTS** the parties' plan and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED**, this __29th__ day of __October__, 2024.

                                          s/Tilman E. Self, III
                                          TILMAN E. SELF, III, JUDGE
                                          UNITED STATES DISTRICT COURT