**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

|  |  |  |
|---|---|---|
|  | * |  |
|  | * |  |
| **Plaintiff,** | * |  |
|  | * |  |
|  | * |  |
|  | * |  |
| **vs.** | * | **CASE NO.:** |
|  | * |  |
|  | * |  |
|  | * |  |
| **Defendant.** | * |  |

**<u>PROPOSED PRETRIAL ORDER - JURY</u>**

The following constitutes a pretrial order entered in the above-styled case after conference with counsel for the parties:

(1)    (a)    The name, address, and telephone number of all attorneys who personally appeared at pretrial and who will conduct the trial are as follows;

Plaintiff:    _____

Defendant:    _____

Other:    _____

(b)    The name, address, and telephone number of all nonparty persons including attorneys who have a fixed or contingent financial interest in this case are as follows:

1

_____

(2)    (a)    Companion cases pending in this and other federal or state

courts are:    _____

(b)    Possible derivative claims not now the subject of pending

litigation:    _____

(3)    The estimated time required for trial is _____ days.

(4)    The parties agree that the court has jurisdiction of the parties and the

subject matter (cite jurisdictional statutes).

**OR**

The jurisdiction of the court was questioned because: _____

_____.  After hearing from the parties the court decided _____

_____.

(5)    The jury will be qualified as to relationship with the following:

(a)    Plaintiff:    _____

(b)    Defendant:    _____

(6)    All discovery has been completed, unless otherwise noted, and the

court will not consider any further motions to compel discovery except for good

cause shown.  The parties, however, shall be permitted by agreement to take the depositions of any person(s) for the preservation of evidence or for use at trial.

(7)     Unless otherwise noted, the names of the parties as shown in the caption to this order are correct and complete, and there is no question by any party as to the misjoinder or nonjoinder of any parties.

(8)     The following is the plaintiff's brief and succinct outline of the case and contentions:  _____

(9)     The following is the defendant's brief and succinct outline of the case and contentions:

(10)    The issues for determination by the jury are as follows:

_____

_____.

(11)    If a tort action, specifications of negligence, including applicable code sections are as follows:

(12)    If a contract action, the terms of the contract are as follows:

(13)    The types of damages and the applicable measure of those damages are as follows: _____

3

    (a)    Plaintiff:

_____

_____

    (b)    Defendant:

_____

_____

(14)   <u>All material undisputed facts established</u> by the pleadings, depositions, or admissions of the parties are attached as Addendum A, and are signed by counsel, and will be submitted to the jury at the beginning of the trial.

(15)   Pursuant to the court's usual practice, pleadings will not be submitted to the jury.

(16)   Special authorities relied upon by plaintiff relating to peculiar legal questions are as follows:

_____

(17)   Special authorities relied upon by defendant relating to peculiar legal questions are as follows:

_____

18.     The following are lists of witnesses the:

    (a)     Plaintiff <u>will</u> have present at trial:     _____

    (b)     Plaintiff <u>may</u> have present at trial:     _____

    (c)     Defendant <u>will</u> have present at trial:     _____

    (d)     Defendant <u>may</u> have present at trial:     _____

19.     The following depositions and hearing testimony may be used at trial:

    (a)     By the Plaintiff:     _____

    (b)     By the Defendant:     _____

20.     The parties' proposed voir dire questions, jury charges, and verdict form are attached hereto as addendums.     _____

_____.

21.     The possibilities of settling the case are _____.

22.     A jury of twelve will be selected and all jurors shall participate in the verdict unless excused by the Court.

23.     Other matters:

Submitted by:

    Counsel for Plaintiff:     _____

    Counsel for Defendant:     _____

It is hereby ORDERED that the foregoing, including the attachments thereto, constitute the pretrial order in the above case and supersede the pleadings which may not be further amended except by order of the Court to prevent manifest injustice.

This \_\_\_\_ day of _____, 2024.


_____
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**