IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> V. <br><br> THEKIET VIET NGO a/k/a JAMES NGO, <br><br> DEFENDANT. | Civil Action No. 3:22-cv-65-TES |

### NOTICE OF LEAVE OF ABSENCE

I, **Douglas D. Nguyen**, lead counsel in the above-referenced action, respectfully notifying all judges before whom I have cases pending, all affected clerks of court, and all opposing counsels / pro se parties, that I will be on leave pursuant to Federal Local Rule 83.1.5 and Georgia Uniform Court Rule 16.

1. The periods of leave during which time I will be away from the practice of law are as follows:

    - **June 11, 2025 – July 7, 2025:** Volunteering with Mercer University on mission trip in Vietnam
    - **September 18, 2025 – September 22, 2025**: Assisting child move into college

2. All affected Judges and opposing counsels and parties shall have ten (10) days from the date of this Notice to object to this notice. If no objections are filed, the leave shall be granted.

Respectfully submitted this 1st day of June, 2025.

/s/ Douglas D. Nguyen
DOUGLAS D. NGUYEN
Georgia Bar No. 943190

N‌GUYEN T‌RAN L‌AW F‌IRM, LLC
3100 Five Forks Trickum Road, Suite 301
Lilburn, GA 30047
Telephone: (770) 837-3785 | Fax: (678) 306-3429
E-mail:  DougNguyen@nt-law.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing *Notice of Leave of Absence* with the Clerk of Court in the United States District Court for the Middle District of Georgia, Athens Division, using the CM/ECF system, which will automatically send notice of such filing to all judges, clerks, and opposing counsel as follows:

The Honorable Tilman E. Self, III

Sanford Law Firm
Sean Short, Esq.
Email:  sean@sanfordlawfirm.com
Josh Sanford, Esq.
Email:  josh@sanfordlawfirm.com

Legare, Attwood & Wolfe, LLC
Marissa R. Torgerson
Email:  mtorgerson@law-llc.com

This 1st day of June, 2025.

                                                           */s/ Douglas D. Nguyen*
                                                           Douglas D. Nguyen
                                                           Georgia Bar No. 943190

NGUYEN TRAN LAW FIRM, LLC
3100 Five Forks Trickum Road, Suite 301
Lilburn, GA 30047
Telephone: (770) 837-3785
Fax: (678) 306-3429
DougNguyen@nt-law.com