# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated,    Plaintiffs, <br><br>v.<br><br>JAMES SEAFOOD, LLC, and THEHUNG VIET NGO    Defendants. | CIVIL ACTION FILE NO. <u>3:22-cv-65-TES</u> |

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims in this lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days of the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement and that the current trial setting be cancelled and the case passed for settlement.

Respectfully submitted,

**PLAINTIFF TYRESE BRYANT**

LEGARE, ATTWOOD & WOLFE, LLC
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

Marissa R. Torgerson
Ga. Bar No. 848356
mtorgerson@law-llc.com
*LOCAL COUNSEL FOR PLAINTIFF*

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s Sean Short*
Sean Short
Ark. Bar No. 2015079
josh@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I, Sean Short, do hereby certify that on July 31, 2025, a true and correct copy of the above and foregoing document has been served through the Court's CM/ECF system which will send electronic notification to all counsel of record.

*/s/ Sean Short*
**Sean Short**