## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>v.<br><br>THEKIET VIET NGO a/k/a JAMES NGO<br>    Defendant. | CIVIL ACTION FILE<br>NO. <u>3:22-cv-65-TES</u> |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tyrese Bryant and Defendant Thekiet Viet Ngo a/k/a James Ngo file this Joint Stipulation of Dismissal with Prejudice (the "Stipulation") and respectfully show the Court as follows in support of this Stipulation:

1. Plaintiff filed this lawsuit against Defendant ("Lawsuit").

2. The Plaintiff and Defendant have entered into a Settlement Agreement and General Release ("Settlement Agreement").

3. Plaintiff no longer wishes to pursue the claims in this Lawsuit against Defendant, and Defendant has asserted no counterclaims in the Lawsuit against Plaintiff.

Page 1 of 4
**Tyrese Bryant, et al. v. James Seafood, LLC, et al**
**U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-TES**
**Joint Stipulation of Dismissal with Prejudice**

4. Plaintiff and Defendant agree that Plaintiff's claims against Defendant in this Lawsuit should be dismissed with prejudice to refiling subject to the conditions of the Settlement Agreement. Accordingly, Plaintiff and Defendant hereby stipulate to the dismissal of the Lawsuit with prejudice and respectfully request that the Court enter the Order Granting Joint Stipulation of Dismissal with Prejudice, attached as Exhibit "A" to this Stipulation, in acknowledgement of the terms of the stipulated dismissal with prejudice.

5. Plaintiff and Defendant further stipulate and agree that costs and attorneys' fees shall be paid according to the Settlement Agreement.

6. As the parties' settlement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction over the matter for sixty (60) days to enforce the terms of the agreement, if necessary.

7. A proposed order is filed herewith as Exhibit "A."

Page 2 of 4
Tyrese Bryant, et al. v. James Seafood, LLC, et al
U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-TES
Joint Stipulation of Dismissal with Prejudice

Respectfully submitted,

**PLAINTIFF TYRESE BRYANT**

LEGARE, ATTWOOD & WOLFE, LLC
125 Clairemont Avenue, Suite 380
Decatur, Georgia 30030
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

Marissa R. Torgerson
Ga. Bar No. 848356
mtorgerson@law-llc.com
*LOCAL COUNSEL FOR PLAINTIFF*

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s Sean Short*
Sean Short
Ark. Bar No. 2015079
josh@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*LEAD COUNSEL FOR PLAINTIFF*

**DEFENDANT THEKIET VIET NGO a/k/a JAMES NGO**

NGUYEN TRAN LAW FIRM, LLC
3100 Five Forks Trickum Rd., Suite 301

Page 3 of 4
Tyrese Bryant, et al. v. James Seafood, LLC, et al
U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-TES
Joint Stipulation of Dismissal with Prejudice

>Lilburn, Georgia 30047
>Telephone: (770) 837-3785
>Facsimile: (678) 306-3429
>
>*/s Douglas D. Nguyen*
>Douglas D. Nguyen
>Georgia Bar No. 943190
>dougnguyen@nt-law.com
>*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, Sean Short, do hereby certify that on September 5, 2025, a true and correct copy of the above and foregoing document has been served through the Court's CM/ECF system which will send electronic notification to all counsel of record.

>*/s/ Sean Short*
>**Sean Short**

**Page 4 of 4**
**Tyrese Bryant, et al. v. James Seafood, LLC, et al**
**U.S.D.C. (M.D. Ga.) No. 3:22-cv-65-TES**
**Joint Stipulation of Dismissal with Prejudice**