# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| TYRESE BRYANT, Individually and on, Behalf of All Others Similarly Situated,<br>    Plaintiffs,<br><br>v.<br><br>THEKIET VIET NGO a/k/a JAMES NGO<br>    Defendant. | CIVIL ACTION FILE NO. 3:22-cv-65-TES |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this suit have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") of all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in this lawsuit.

It is, therefore, ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiff and Defendant, all of Plaintiff's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear costs and expenses subject to the Settlement Agreement. The Court shall retain jurisdiction over the matter for sixty (60) days to enforce the terms of the agreement, if necessary

SIGNED this \_\_\_\_ day of September, 2025.

                                                  _____
                                                  TILMAN E. SELF, III, JUDGE
                                                  UNITED STATES DISTRICT COURT